**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARIA DEL CARMEN ALBIZURES DE RENTAS, | No. 08-71708 |
| Petitioner, | Agency No. A077-180-266 |
| v. | MEMORANDUM[*] |
| ERIC H. HOLDER, Jr., Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 15, 2011[**]

Before:     CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

Maria del Carmen Albizures de Rentas, a native and citizen of Guatemala,

petitions for review of the Board of Immigration Appeals' order dismissing her

appeal from an immigration judge's decision denying her application for asylum

and withholding of removal. We have jurisdiction under 8 U.S.C. § 1252. We

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

review for substantial evidence, *Ramos-Lopez v. Holder*, 563 F.3d 855, 858 (9th Cir. 2009), and we deny the petition for review.

Albizures contends that she faces persecution on account of her political opinion. Substantial evidence supports the agency's denial of asylum and withholding because Albizures' fear of harm is not on account of a protected ground. *See Soriano v. Holder*, 569 F.3d 1162, 1164-65 (9th Cir. 2009) (government informant's fear of retaliation by criminals not on account of political opinion). Albizures' contention that the agency did not address her whistle-blower theory is belied by the record. In the absence of a nexus to a protected ground, Albizures' asylum and withholding of removal claims fail. *Id*. at 1167.

**PETITION FOR REVIEW DENIED.**